IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| D&M MILLWORK, INC., d/b/a ) | |
| New England Classic, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:08-0101 |
| ) | Judge Trauger |
| ELITE TRIMWORKS CORPORATION, INC., ) | |
| and ELITE MOULDINGS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiff's Motion for Voluntary Dismissal (Docket No. 37) is **GRANTED** and the defendants' Motion for Leave to File Amended Answer and Counterclaims (Docket No. 43) is **DENIED**. This case is hereby **DISMISSED** with prejudice. Entry of this Order shall constitute the judgment in this case.

It is so ordered.

Enter this 10th day of February 2010.

ALETA A. TRAUGER
United States District Judge